IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EUGENE B. EDWARDS, JR.
    Plaintiff,

vs.                            Case No.: 3:11cv243/LAC/CJK

CHRISTOPHER GRACE, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under U.S.C. § 1983. (Doc. 1). On October 30, 2012, the court entered an order requiring plaintiff to file, within thirty days, an amended civil rights complaint. (Doc. 17). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed.

After receiving no response from plaintiff, on January 22, 2013, an order was issued requiring plaintiff to show cause, within fourteen days, why this case should not be dismissed. (Doc. 19). To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 21st day of February, 2013.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).